Bron E. D'Angelo, Esq., SBN 246819
Michael F. Colbert, Esq., SBN 319539
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Tel:   (310) 649-5772
Fax:  (310) 649-5777
Email:  bdangelo@pettitkohn.com
        mcolbert@pettitkohn.com

Attorneys for Defendant
**WALMART INC.**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-03082 JFW (GJSx)<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT** |

Upon consideration of Plaintiff WENDY FLORES' and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be removed to the Superior Court of State of California, County of Los Angeles.

Dated: April 28, 2021      _____
                            HONORABLE JOHN F. WALTER
                            UNITED STATES DISTRICT JUDGE